IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00091-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER WATTS,

       Defendant.

---

## NOTICE OF APPEARANCE
---

       The Office of the Federal Public Defender, through Assistant Federal Public Defender Kelly Christl, enters its appearance on behalf of the Defendant, Christopher Watts.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       */s/ Kelly Christl*
       KELLY CHRISTL
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, Colorado 80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Email: Kelly_Christl@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I electronically filed the foregoing the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Matthew Kirsch, Assistant U.S. Attorney
Email: matthew.kirsch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Christopher Watts    (via Mail)

s/*Kelly Christl*
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Kelly_Christl@fd.org
Attorney for Defendant

2