AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2024 APR -3 AM 11:18
JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

BY_____DEP. CLK

| United States of America | ) |
| v. | ) |
| CHRISTOPHER B. WATTS | ) Case No. 24-cr-00091-DDD |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **CHRISTOPHER B. WATTS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-3: 18 U.S.C. § 1344(a)(2) - Bank Fraud
Counts 4-9: 18 U.S.C. § 1343 - Wire Fraud

Date: 3/21/2024

s/C. Madrid, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/2/2024, and the person was arrested on *(date)* 4/2/2024
at *(city and state)* Fort Collins, CO

Date: 4/2/2024

*Arresting officer's signature*

Evan Booth, Special Agent
*Printed name and title*